**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLORADO**

Civil Action No. 14-cv-03452-GPG
(**The above civil action number must appear on all future papers sent to the court in this action.  Failure to include this number may result in a delay in the consideration of your claims.**)

AKEEM MAKEEN,

    Plaintiff,

v.

THE STATE OF COLORADO,
JANEL BRAVO, In her Official Capacity as Statewide ADA Coordinator,
CHARLA BRANHAM, In her Official Capacity as Local ADA Coordinator for the 18th
    Judicial District, and
ARAPAHOE COUNTY, Board of County Commissioners,

    Defendants.

---

**ORDER DIRECTING PLAINTIFF TO CURE DEFICIENCIES**

---

Plaintiff Akeem Makeen currently resides in Denver, Colorado.  On December 23, 2014, Plaintiff initiated this action by filing *pro se* a Complaint, an Application to Proceed in District Court Without Prepaying Fees or Costs, and a Letter with addresses for defendants.  Subsequently, on January 2, 2015, Plaintiff filed a Motion to Amend and a First Amended Complaint.  As part of the Court's review pursuant to D.C.COLO.LCivR 8.1(a), the Court has determined that the submitted document is deficient as described in this Order.  Plaintiff will be directed to cure the following if he wishes to pursue his claims.  Any papers that Plaintiff files in response to this Order must include the civil action number on this Order.

**Application to Proceed in District Court Without Prepaying Fees or Costs**:
(1)   __   is not submitted
(2)   __   is not on proper form (must use the Court's current form)
(3)   __   is missing original signature by Plaintiff

(4) __ is missing affidavit
(5) __ affidavit is incomplete
(6) __ affidavit is not properly notarized
(7) __ names in caption do not match names in caption of complaint, petition or application
(8) _X_ other: Plaintiff has failed to complete the Application form. Several sections have been left blank with no response. Also, the attachments Plaintiff has included show he has at least an additional $1000 in a bank account. Plaintiff must provide a new application that clarifies the discrepancy and responds to requested information in all sections.

**Complaint or Petition**:
(9) __ is not submitted
(10) __ is not on proper form (must use the court's current form)
(11) __ is missing an original signature by the Plaintiff
(12) __ is incomplete
(13) __ uses et al. instead of listing all parties in caption
(14) __ names in caption do not match names in text of Complaint
(15) __ addresses must be provided for all defendants/respondents in "Section A. Parties" of complaint, petition or habeas application
(16) __ other:

Accordingly, it is

ORDERED that Plaintiff cure the deficiencies designated above **within thirty days from the date of this Order**. Any papers that Plaintiff files in response to this Order must include the civil action number on this Order. It is

FURTHER ORDERED that Plaintiff shall obtain the Court-approved form used in filing an Application to Proceed in District Court without Prepaying Fees or Costs (Long Form), along with the applicable instructions, at www.cod.uscourts.gov, and use the form to cure the above noted deficiencies. It is

FURTHER ORDERED that if Plaintiff fails to cure the designated deficiencies **within thirty days from the date of this Order** the action will be dismissed without further notice. It is

FURTHER ORDERED that Plaintiff's Motion to Amend Complaint, ECF No. 5, is denied as unnecessary pursuant to Fed. R. Civ. P. 15(a)(1). It is

2

FURTHER ORDERED that service of process is premature at this time.  Any attempt by Plaintiff to effect service will be quashed.

DATED January 8, 2015, at Denver, Colorado.

                                BY THE COURT:

                                s/Gordon P. Gallagher
                                United States Magistrate Judge