IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 14-cv-03452-GPG

AKEEM MAKEEN,

    Plaintiff,

v.

THE STATE OF COLORADO,
JANEL BRAVO, In her Official Capacity as Statewide ADA Coordinator,
CHARLA BRANHAM, In her Official Capacity as Local ADA Coordinator for the 18th
    Judicial District, and
ARAPAHOE COUNTY, Board of County Commissioners,

    Defendants.

## ORDER DRAWING CASE

After review pursuant to D.C.COLO.CivR 8.1(b), the Court has determined that this case does not appear to be appropriate for summary dismissal and should be drawn to a **presiding** judge, and when applicable to a **magistrate** judge, D.C.COLO.LCivR 40.1(a). Accordingly, it is

ORDERED that this case shall be drawn to a **presiding** judge, and when applicable to a **magistrate** judge.

DATED January 10, 2015, at Denver, Colorado.

                                      BY THE COURT:

                                      S/ Gordon P. Gallagher

                                      United States Magistrate Judge