IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Magistrate Judge Craig B. Shaffer**

Civil Action: 14-cv-03452-CMA-CBS            Date: March 17, 2015
Courtroom Deputy: Amanda Montoya           FTR – Reporter Deck-Courtroom A402
                                            Court Reporter: Janet Coppock

| *Parties:* | *Counsel:* |
|---|---|
| AKEEM MAKEEN, | *Pro se* |
| Plaintiff, | |
| v. | |
| THE STATE OF COLORADO, *et al.,* | Patrick Sayas |
| Defendant. | |

## COURTROOM MINUTES/MINUTE ORDER

**HEARING: STATUS CONFERENCE**
**Court in session: 09:12 a.m.**
Court calls case. Appearances of counsel.

**ORDERED:**  *Plaintiff's Petition and MOTION [26] for Injunction Hearing* is **GRANTED.**

Plaintiff makes oral motion to withdraw *Plaintiff's Third MOTION [35] for Leave to Amend Complaint.*

**ORDERED:** Plaintiff's oral motion is **GRANTED** and *Plaintiff's Third MOTION [35] for Leave to Amend Complaint* is **WITHDRAWN.**

> *Plaintiff's First [20] for Leave to Amend Complaint* is **GRANTED** and the second amended complaint [20-1] is deemed as filed today.
>
> *Plaintiff's Second MOTION [33] for Leave to Amend Complaint* is **DENIED AS MOOT.**
>
> Plaintiff's response to *State Defendants' MOTION [43] to Dismiss the Second Amended Complaint* is due 21 days from today or **April 7, 2015.**

Oral argument regarding *Plaintiff's Verified Petition [24] and Application for Temporary Restraining Order and Order to Show Cause Why a Preliminary Injunction Should Not Issue.*

**ORDERED:** Plaintiff's supplemental brief for *Plaintiff's Verified Petition [24] and Application for Temporary Restraining Order and Order to Show Cause Why a Preliminary Injunction Should Not Issue* is due within 24 hours of today's hearing. Defendant's response is due **March 30, 2015** and Plaintiff's reply is due **April 7, 2015.** Oral argument will be held on **April 16, 2015 at 9:00 a.m.**

Hearing Concluded.

**Court in recess: 10:14 a.m.**
Time in court: 01:02

To order transcripts of hearings with Magistrate Judge Shaffer, please contact Avery Woods Reporting at (303) 825-6119 or toll free at 1-800-962-3345.