IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Christine M. Arguello

Civil Action No. 14-cv-03452-CMA-CBS

AKEEM MAKEEN,

    Plaintiffs,

v.

THE STATE OF COLORADO,
JANEL BRAVO,
CHARLA BRANHAM, and
ARAPAHOE COUNTY,

    Defendants.

## ORDER GRANTING STIPULATED MOTION TO DISMISS

This matter comes before the Court on the Parties' "Stipulated Joint Motion for Dismissal Without Prejudice of Plaintiff's Claims Against Arapahoe County (Board of County Commissioners)." (Doc. # 58.)  The Court, having reviewed the Motion and being duly informed about the matter, hereby finds, concludes, and orders as follows:

The Motion (Doc. # 58) is GRANTED.  Plaintiff's claims against Defendant Arapahoe County, Board of County Commissioners, are DISMISSED WITHOUT PREJUDICE, the parties to pay their own fees and costs.  It is

FURTHER ORDERED that the caption on all subsequent filings reflect the removal of Arapahoe County, Board of County Commissioners, as Defendant in this case.

DATED:  March   30   , 2015

BY THE COURT:

_____
CHRISTINE M. ARGUELLO
United States District Judge