IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Magistrate Judge Craig B. Shaffer**

| | |
|---|---|
| Civil Action: 14-cv-03452-CMA-CBS | Date:  May 5, 2015 |
| Courtroom Deputy: Amanda Montoya | FTR – Reporter Deck-Courtroom A402 |

*Parties:*                                                                 *Counsel:*

AKEEM MAKEEN,                                              *Pro se*

Plaintiff,

v.

THE STATE OF COLORADO, *et al.,*                Patrick Sayas
                                                                             Cristina Helm

Defendant.

---

**COURTROOM MINUTES/MINUTE ORDER**

---

**HEARING: MOTION HEARING**
**Court in session: 02:04 p.m.**
Court calls case.  Appearances of counsel.

At the last hearing, the court provided Real-Time and a court reporter.  Mr. Makeen stated the Real-Time was not helpful and did not use it.  Real-Time and a court reporter were not provided today.  Mr. Makeen agrees with the court in not providing these resources and does not require them at further hearings.

**ORDERED:**     *Plaintiff's Verified Petition and Application for Temporary Restraining Order and Order to Show Cause Why a Preliminary Injunction Should Not Issue* is **DENIED AS MOOT**.  The Plaintiff has filed an amended motion.

*Plaintiff's MOTION [78] to Strike Defendant State's Affirmative Defenses* is **DENIED.**  This motion is premature.  If the defendants raise an affirmative defense, Mr. Makeen may renew his motion.

Discussion regarding the status of the civil cases the Plaintiff is involved in.

This hearing for oral argument regarding *Corrected Plaintiff's Verified Petition and Application for Temporary Restraining Order and Order to Show Cause Why a Preliminary Injunction Should*

*Not Issue*. Mr. Makeen is asking the court to direct the State of Colorado and the City and County of Denver to appoint for him, Leta Holden or a qualified note taker to be present at any and all court proceedings within the state of Colorado in which he is a party.

Mr. Makeen makes oral motion for a sequestration order of the witnesses.

**ORDERED:** Mr. Makeen's oral motion is **GRANTED.**

Mr. Makeen calls witness Kelly Boe. Witness sworn.
 **2:31 p.m.** Direct examination by Mr. Makeen. Plaintiff's exhibit 1 is offered and admitted.
**2:42 p.m.** Cross examination by Patrick Sayas.
**2:46 p.m.** Re-direct by Mr. Makeen.
**2:49 p.m.** Re-cross by Mr. Sayas.
Witness excused.

Mr. Makeen testifies on behalf of himself. Mr. Makeen sworn.
**2:50 p.m.** Testimony by Mr. Makeen.

**2:54 p.m.** IN RECESS
**2:58 p.m.** IN SESSION

Mr. Makeen excuses himself without testifying.

Mr. Sayas calls witness Cheri Davis. Witness sworn.
**2:59 p.m.** Direct examination by Mr. Sayas.
**3:05 p.m.** Cross examination by Mr. Makeen.
Witness excused.

Ms. Helm calls witness Suzanne Rezook.
**3:11 p.m.** Direct examination by Ms. Helm.
**3:19 p.m.** Cross examination by Mr. Makeen.
Witness excused.

Ms. Helm calls witness Barbi Frias.
**3:34 p.m.** Direct examination by Ms. Helm.
**3:50 p.m.** Cross examination by Mr. Makeen.
Witness excused.

**4:03 p.m.** IN RECESS
**4:09 p.m.** IN SESSION

Oral argument from parties regarding the motion. Parties shall await a written RECOMMENDATION from the court. Briefing on the motion for preliminary injunction is closed.

Mr. Makeen makes oral motion to withdraw *Plaintiff's Fourth MOTION [84] for Leave to Amend Complaint*.

**ORDERED:** Mr. Makeen's oral motion is **GRANTED** and *Plaintiff's Fourth MOTION [84] for Leave to Amend Complaint is* **WITHDRAWN without prejudice.**

HEARING CONCLUDED.

**Court in recess: 05:33 p.m.**
Total time in court: 02:19

To order transcripts of hearings please contact Avery Woods Reporting at (303) 825-6119.