IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Magistrate Judge Craig B. Shaffer**

| | |
|---|---|
| Civil Action: 14-cv-03452-CMA-CBS | Date:  December 17, 2015 |
| Courtroom Deputy: Amanda Montoya | FTR – Reporter Deck-Courtroom A402 |

*Parties:*  *Counsel:*

AKEEM MAKEEN,  *Pro se*

Plaintiff,

v.

STATE OF COLORADO, THE, *et al.*,   Cristina Pena Helm
Patrick Sayas

Defendant.

## COURTROOM MINUTES/MINUTE ORDER

**HEARING: MOTION HEARING**
**Court in session: 09:13 a.m.**
Court calls case.  Appearances of counsel.  Ms. Hailey, a note-taker, is present with the Plaintiff.

Discussion regarding *[118] Plaintiff's Third Request for Accommodation Under Americans With Disabilities Act Pursuant D.C.Colo.L.Civ.R. 83.3* and *[119] Plaintiff's Fourth Request for Accommodation Under Americans With Disabilities Act Pursuant D.C.Colo.L.Civ.R. 83.3*.  Mr. Makeen has a note-taker present with him in court and the court is not entertaining oral motions at this hearing.  Mr. Makeen should file requests as motions in the future.

**ORDERED:**   *[114] Plaintiff's Fifth Motion for Leave to Amend Complaint* and *[115] Plaintiff's Fifth Amended Complaint* are **GRANTED.**  Doc. [115] is deemed as filed today.

*[43] State Defendants' Motion to Dismiss the Second Amended Complaint* is **DENIED AS MOOT**.

*[54] Plaintiff's Motion for Summary Judgment Against State* is **DENIED WITHOUT PREJUDICE**.

*[93] Plaintiff's Renewed Fourth Motion for Leave to Amend Complaint* is **DENIED AS MOOT.**

The court is in the process of completing a recommendation for *[60] Corrected Plaintiff's Verified Petition and Application for Temporary Restraining Order and Order to Show Cause Why a Preliminary Injunction Should Not Issue* and *[103] Plaintiff's Verified Emergency Motion for Temporary Restraining Order and Order to Show Cause Why a Preliminary Injunction Should Not Issue*.  The court intends to have this recommendation filed by this Friday.  The court will recommend that these motions be denied.

HEARING CONCLUDED.

**Court in recess: 09:27 a.m.**
Total time in court: 00:14

To order transcripts of hearings please contact Stevens-Koenig Reporting at (303) 988-8470.