IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge William J. Martínez

Civil Action No. 14-cv-03452-WJM-CBS

AKEEM MAKEEN,

    Plaintiff,

v.

THE STATE OF COLORADO, and
THE CITY AND COUNTY OF DENVER,

    Defendants.

FINAL JUDGMENT

PURSUANT TO and in accordance with Fed. R. Civ. P. 58(a), all Orders entered during the pendency of this case, and the Order Granting Motions To Dismiss, entered by the Honorable William J. Martínez, United States District Judge, on September 16, 2016, it is

ORDERED that

1. Defendant State of Colorado's Motion to Dismiss the Fifth Amended Complaint (ECF No. 124) is GRANTED;

    a. All federal law claims related to terminated state court proceedings are dismissed without prejudice for lack of jurisdiction;

    b. All federal law claims for injunctive relief related to ongoing state court proceedings, including in Denver District Court Case No. 2015CV30561 are dismissed without prejudice for lack of jurisdiction;

    c.    All federal law claims for money damages related to ongoing state court proceedings, including in Denver District Court Case No. 2015CV30561, are dismissed with prejudice for failure to state a claim;

2. Defendant City and County of Denver's Motion to Dismiss Plaintiff's Fifth Amended Complaint (ECF No. 126) is GRANTED; all federal law claims related to terminated County Court proceedings are dismissed without prejudice for lack of jurisdiction;

3. All of Plaintiff's state law claims as to both Defendants are dismissed pursuant to 28 U.S.C. § 1367(c)(3).

4. Final Judgment is entered for defendants and against the plaintiff and this case is closed. The parties shall each bear their own attorneys' fees and costs.

Dated at Denver, Colorado this 16th day of September, 2016.

BY THE COURT:

JEFFREY P. COLWELL, CLERK

By: s/Deborah Hansen
Deborah Hansen, Deputy Clerk